IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Jane Doe,<br><br>    Plaintiff,<br><br>v.<br><br>Villanova University, et al.,<br><br>    Defendants. | Case No. 2:25-cv-03350-MRP<br><br>Electrically Filed |

**ORDER**

**AND NOW**, this <u>21st</u> day of July, 2025, upon consideration of Plaintiff and Defendant Villanova University's Joint Motion for an Extension of Time for Defendant to Respond to Complaint, (ECF No. 9), **IT IS HEREBY ORDERED** that the Motion is **GRANTED**. Defendant's deadline to respond to the Complaint shall be extended to August 11, 2025.

                                            BY THE COURT

                                            _____
                                            Hon. Mia Roberts Perez
                                            United States District Judge