IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Jane Doe, <br><br> Plaintiff, <br><br> v. <br><br> Villanova University, et al., <br><br> Defendants | Case No. 2:25-cv-03350-MRP <br><br><br> Electronically Filed |

**ORDER**

**AND NOW,** this _____ day of _____, 2025, after consideration of Defendant Villanova University's Motion to Dismiss Plaintiff's Complaint With Prejudice, and any response thereto, it is **ORDERED** that the Motion is **GRANTED.** The Complaint is **DISMISSED WITH PREJUDICE** as to Defendant Villanova University.

**BY THE COURT:**

_____
Hon. Mia Roberts Perez

56033717.2