IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JANE DOE, : | |
| : | |
| Plaintiff, : | |
| : | Case No. 2:25-cv-03350-MRP |
| v. : | |
| : | |
| VILLANOVA UNIVERSITY; COLLEGE : | |
| HALL ASSOCIATES, L.P., d/b/a COLLEGE : | **JURY TRIAL DEMANDED** |
| HALL APARTMENTS, a/k/a "THE COURTS"; : | |
| COLLEGE HALL, G.P., d/b/a COLLEGE : | |
| HALL APARTMENTS, a/k/a 'THE COURTS"; : | |
| and MARKS & COMPANY USA, INC., d/b/a : | |
| MARKS & COMPANY, : | |
| : | |
| Defendants. | |

## DEFENDANTS, COLLEGE HALL ASSOCIATES, LP, COLLEGE HALL, GP, AND MARKS & CO., INC.'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT

For the reasons set forth in the Memorandum of Law filed concurrently with this Motion, Defendants, College Hall Associates, LP, College Hall, GP, and Marks & Co., Inc. move to dismiss Plaintiff Jane Doe's Amended Complaint with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief may be granted.

Oral argument on the instant Motion to Dismiss is requested.

Respectfully submitted,

**CAMPBELL CONROY & O'NEIL, P.C.**

*/s/ Kristin E. Shicora, Esquire*
William J. Conroy, Esquire (PA 36433)
Katherine A. Wang, Esquire (PA 204158)
Kristin E. Shicora, Esquire (PA 311820)
Attorneys for Defendants, College Hall
Associates, LP, College Hall GP, LLC, and
Date:   September 4, 2025          Marks & Co., Inc.