**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JANE DOE, | : | |
| | : | |
| Plaintiff, | : | |
| | : | Case No. 2:25-cv-03350-MRP |
| v. | : | |
| | : | |
| VILLANOVA UNIVERSITY; COLLEGE HALL ASSOCIATES, L.P., d/b/a COLLEGE HALL APARTMENTS, a/k/a "THE COURTS"; COLLEGE HALL, G.P., d/b/a COLLEGE HALL APARTMENTS, a/k/a 'THE COURTS"; and MARKS & COMPANY USA, INC., d/b/a MARKS & COMPANY, | : : : : : : : | **JURY TRIAL DEMANDED** |
| Defendants. | | |

**AND NOW**, this _____ day of _____, 2025, upon consideration of Defendants, College Hall Associates, LP, College Hall, GP, and Marks & Co., Inc.'s Motion to Dismiss Plaintiff's Amended Complaint, and any response thereto, it is hereby **ORDERED** that the Motion is **GRANTED**. The Amended Complaint is **DISMISSED WITH PREJUDICE** as to College Hall Associates, LP, College Hall, GP, and Marks & Co., Inc.

**BY THE COURT:**

_____
Hon. Mia Roberts Perez