## CERTIFICATE OF SERVICE

    I, Kristin E. Shicora, Esquire, do hereby certify that on September 4, 2025, I electronically filed the foregoing ***Defendants College Hall Associates, LP, College Hall, GP, and Marks & Co., Inc.'s Motion to Dismiss Plaintiff's Amended Complaint*** with the Clerk of Court using the Court's electronic filing system (ECF), which will send notification of such filing to all counsel of record. The foregoing document is also available for viewing and/or downloading from ECF.

Respectfully submitted,

**CAMPBELL CONROY & O'NEIL, P.C.**

*/s/ Kristin E. Shicora, Esquire*
William J. Conroy, Esquire (PA 36433)
Katherine A. Wang, Esquire (PA 204158)
Kristin E. Shicora, Esquire (PA 311820)
Attorneys for Defendants, College Hall
Associates, LP, College Hall GP, LLC, and
Marks & Co., Inc.

Date: September 4, 2025

2