IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Jane Doe,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Villanova University, et al.,<br><br>　　　　Defendants. | Case No. 2:25-cv-03350-MRP |

# ORDER

**AND NOW**, this 10th day of September, 2025, upon review of the docket in this matter, it is hereby **ORDERED** that Defendant Villanova University's Motion to Dismiss (ECF No. 14) is **DENIED AS MOOT.**

　　　　　　　　　　　　　　　　　　BY THE COURT

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Hon. Mia Roberts Perez
　　　　　　　　　　　　　　　　　　United States District Judge