**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JANE DOE, | : | CIVIL ACTION |
| | : | |
| *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | NO. 25-3350 |
| VILLANOVA UNIVERSITY; COLLEGE | : | |
| HALL ASSOCIATES, L.P., d/b/a | : | |
| COLLEGE   HALL APARTMENTS, a/k/a | : | |
| "THE COURTS"; and MARKS & | : | |
| COMPANY USA, INC., d/b/a  MARKS & | : | |
| COMPANY, | : | |
| | : | |
| *Defendants*. | : | |

## ORDER

**AND NOW**, this 4th day of May, 2026, upon consideration of Defendant Villanova University's Motion to Dismiss Plaintiff's First Amended Complaint (ECF No. 20), Defendants College Hall Associates, L.P., College Hall G.P., and Marks & Company USA, Inc.'s Motion to Dismiss Plaintiff's First Amended Complaint (ECF No. 21), Plaintiff's responses in opposition, and Defendants' replies, it is **ORDERED** as follows:

1. Defendant Villanova University's Motion to Dismiss (ECF No. 20) is **DENIED**.

2. Defendants College Hall Associates, L.P., College Hall G.P., and Marks & Company USA, Inc.'s Motion to Dismiss (ECF No. 21) is **GRANTED**.

3. Counts III and IV of the First Amended Complaint are **DISMISSED** as to Defendants College Hall Associates, L.P., College Hall G.P., and Marks & Company USA, Inc.

BY THE COURT:

_____
HON. MIA R. PEREZ