## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JANE ROE,<br><br>               Plaintiff,<br><br>v.<br><br>VILLANOVA UNIVERSITY, et al.,<br><br>               Defendants. | Case No.  2:25-cv-03350-MRP |
| VILLANOVA UNIVERSITY,<br><br>               Defendant and Third-<br>               Party, Plaintiff,<br><br>v.<br><br>JOHN ROE,<br><br>               Third-Party<br>               Defendant. | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE THAT Daniel J. McGravey, of the firm of Clark Hill PLC,

hereby enters his appearance as counsel of record on behalf of Third-Party Defendant John Roe.

Dated: July 13, 2026

**CLARK HILL PLC**

*/s/ Daniel J. McGravey*
Daniel J. McGravey
Two Commerce Square
2001 Market St., Suite 2620
Philadelphia, PA 19103
Tel: (215) 640-8500
Fax: (215) 640-8501
dmcgravey@clarkhill.com
*Counsel for Third-Party Defendant*
*John Roe*

**<u>CERTIFICATE OF SERVICE</u>**

This is to certify that I have this day electronically filed a true and correct copy of the foregoing with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

Dated: July 13, 2026                              */s/ Daniel J. McGravey*
                                                           Daniel J. McGravey