**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| JANE ROE,<br><br>                    Plaintiff,<br><br>v.<br><br>VILLANOVA UNIVERSITY, et al.,<br><br>                    Defendants. | Case No.  2:25-cv-03350-MRP |
| VILLANOVA UNIVERSITY,<br><br>          Defendant and Third-<br>          Party, Plaintiff,<br><br>v.<br><br>JOHN ROE,<br><br>          Third-Party<br>          Defendant. |  |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE THAT Patricia M. Hamill, of the firm of Clark Hill PLC,

hereby enters her appearance as counsel of record on behalf of Third-Party Defendant John Roe.

Dated: July 13, 2026

**CLARK HILL PLC**

*/s/ Patricia M. Hamill*
Patricia M. Hamill
Two Commerce Square
2001 Market St., Suite 2620
Philadelphia, PA 19103
Tel: (215) 640-8500
Fax: (215) 640-8501
phamill@clarkhill.com
*Counsel for Third-Party Defendant*
*John Roe*

## CERTIFICATE OF SERVICE

This is to certify that I have this day electronically filed a true and correct copy of the foregoing with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

Dated: July 13, 2026                                    */s/ Patricia M. Hamill*
                                                        Patricia M. Hamill