# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JANE ROE, <br><br> Plaintiff, <br><br> v. <br><br> VILLANOVA UNIVERSITY, et al., <br><br> Defendants. <br><br><hr> VILLANOVA UNIVERSITY, <br><br> Defendant and Third-Party, Plaintiff, <br><br> v. <br><br> JOHN ROE, <br><br> Third-Party Defendant. | Case No. 2:25-cv-03350-MRP |

## JOINT MOTION FOR AN EXTENSION OF TIME FOR
## THIRD-PARTY DEFENDANT TO RESPOND TO THIRD-PARTY COMPLAINT

Third-Party Defendant, John Roe ("Third-Party Defendant") and Defendant and Third-Party Plaintiff Villanova University ("Defendant"), by and through their undersigned counsel, respectfully submit this Joint Motion for an Extension of Time for Third-Party Defendant to Respond to the Third-Party Complaint, and in support thereof aver as follows:

1.     Plaintiff filed a "Civil Action Complaint" in the Court of Common Pleas of Philadelphia County, Pennsylvania, Case ID No. 250603095, on June 26, 2025. (ECF 1, Ex. A), which was removed to this Court on June 27, 2025 . (ECF 1).

2.     On August 22, 2025, Plaintiff filed an Amended Complaint (ECF 19), and Defendant moved to dismiss it on September 4, 2025.  (ECF 20).

3.     Defendant's motion to dismiss was denied on May 4, 2026. (ECF 33).

4. On June 8, 2026, Defendant filed an Answer to the Amended Complaint. (ECF 37).

5. On June 22, 2026, Defendant filed a Third-Party Complaint against Third-Party Defendant. (ECF 38).

6. On June 23, 2026, Third-Party Defendant was served with the Third-Party Complaint.

7. On July 10, 2026, Third-Party retained the undersigned counsel.

8. Third-Party Defendant must now respond to the Third-Party Complaint by July 14, 2026.

9. Third-Party Defendant requests a thirty-day extension of time to respond to the Third-Party Complaint, until August 13, 2026.

10. Defendant does not object to Third-Party Defendant's request for an extension of time, until August 13, 2026, to respond to the Third-Party Complaint.

WHEREFORE, the parties respectfully request that the Court grant this Motion and enter an Order granting an extension of the time for Third-Party Defendant to respond to the Third-Party Complaint until August 13, 2026.

Respectfully submitted,

Dated: July 13, 2026                     **CLARK HILL PLC**

*/s/ Patricia M. Hamill*
Patricia M. Hamill
Daniel J. McGravey
Two Commerce Square
2001 Market St., Suite 2620
Philadelphia, PA 19103
Tel: (215) 640-8500
Fax: (215) 640-8501
phamill@clarkhill.com
dmcgravey@clarkhill.com

2

*Counsel for Third-Party*
*Defendant John Roe*

*/s/ James A. Keller*
James A. Keller
Jesse L. Krohn
Saul Ewing LLP
1735 Market Street, 34th Floor
Philadelphia, PA 19103
Tel: (215) 972-1964
James.keller@saul.com
Jesse.krohn@saul.com
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

This is to certify that I have this day electronically filed a true and correct copy of the foregoing with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

Dated: July 13, 2026                                        */s/ Patricia M. Hamill*
                                                            Patricia M. Hamill