## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JANE ROE, <br><br> Plaintiff, <br><br> v. <br><br> VILLANOVA UNIVERSITY, et al., <br><br> Defendants. <br><br> VILLANOVA UNIVERSITY, <br><br> Defendant and Third-Party, Plaintiff, <br><br> v. <br><br> JOHN ROE, <br><br> Third-Party Defendant. | Case No.  2:25-cv-03350-MRP |

## ORDER

**AND NOW**, this _____ day of July 2026, upon consideration of Defendant Villanova University's and Third-Party Defendant John Roe's Joint Motion for an Extension of Time for Third-Party Defendant to Respond to Third-Party Complaint, **IT IS HEREBY ORDERED** that the Motion is **GRANTED**. Third-Party Defendant's deadline to respond to the Third-Party Complaint shall be extended to August 13, 2026.

BY THE COURT

_____

Hon. Mia Roberts Perez
United States District Judge