**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JANE DOE, <br><br>    Plaintiff, <br><br> v. <br><br> VILLANOVA UNIVERSITY, et al., <br><br>    Defendants. | Case No.  2:25-cv-03350-MRP |
| VILLANOVA UNIVERSITY, <br><br>    Defendant and Third-Party, Plaintiff, <br><br> v. <br><br> JOHN DOE, <br><br>    Third-Party Defendant. | |

**ORDER**

**AND NOW**, this <u>14th</u> day of July, 2026, upon consideration of Defendant Villanova University's and Third-Party Defendant John Roe's Joint Motion for an Extension of Time for Third-Party Defendant to Respond to Third-Party Complaint (ECF No. 42), **IT IS HEREBY ORDERED** that the Motion is **GRANTED**. Third-Party Defendant's deadline to respond to the Third-Party Complaint shall be extended to August 13, 2026.

BY THE COURT:

_____
Hon. Mia Roberts Perez
United States District Judge
