# CERTIFICATE OF SERVICE

This is to certify that, on the date set forth below, I filed a true and correct copy of the foregoing Third-Party Defendant John Roe's Answer and Affirmative Defenses to Villanova University's Third-Party Complaint with the Clerk of Court using the ECF system, which will make the document available for viewing and downloading and will electronically serve all counsel of record.

s/ Jonathan Z. Cohen
Jonathan Z. Cohen

Date: August 13, 2026