EDELSTEIN LAW "We Fight for Victims"

**Jay L. Edelstein, Esquire**
jedelstein@edelsteinlaw.com
**Stephen J. Pokiniewski, Esquire**
sjp@edelsteinlaw.com
**Janae Banner, Esquire**
jbanner@edelsteinlaw.com

MEMBERS OF THE NJ & PA BAR

**Case No: 122.015**

Super Lawyers
2013–2014–2017–2018–2019–2020
2021–2022–2023–2024–2025–2026

September 3, 2026

The Honorable Mia Roberts Perez
**USDC Eastern District of Pennsylvania**
10613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

**Re: Doe v. Villanova University, et al**
**Docket : 2:25-cv-03350-MRP**

Dear Judge Perez:

We represent Plaintiff Jane Doe in the above-referenced action. We write regarding the Rule 16 conference scheduled for September 22, 2026.

Lead counsel Jay L. Edelstein is unavailable to attend the conference. In accordance with the Court's indication that substitute counsel may appear provided counsel is fully informed of the case and capable of addressing any questions that may arise, Plaintiff respectfully requests permission for Stephen J. Pokiniewski, Esquire, to appear on Mr. Edelstein's behalf.

Mr. Pokiniewski has been actively involved in Plaintiff's representation throughout this litigation. He has met with Plaintiff on multiple occasions, participated in the preparation of the pleadings and motion practice, and is familiar with the factual allegations, legal issues, procedural history, and anticipated discovery. He will therefore be fully prepared to address the case-management, scheduling, discovery, and other issues that may arise during the Rule 16 conference.

We appreciate the Court's consideration of this request.

Respectfully submitted,

JAY L. EDELSTEIN

CC: All counsel of record



230 South Broad Street, Suite 900, Philadelphia, Pennsylvania 19102
**Phone** (215) 893-9311 | **Facsimile** (215) 893-9310 | **New Jersey** (856) 809-3150
www.edelsteinlaw.com