SAUL EWING LLP

James A. Keller
Phone: (215) 972-1964
Fax: (215) 972-4152
James.Keller@saul.com
www.saul.com

September 3, 2026

**Via Email to:**
Perez_Chambers@paed.uscourts.gov

Honorable Mia Roberts Perez
10613 U.S. Courthouse
601 Market Street
Courtroom 10-B
Philadelphia, PA 19106

**Re:** ***Doe v. Villanova University, et al.***
**Docket: 2:25-cv-03350-MRP**

Dear Judge Perez:

We represent Defendant Villanova University (the "University") in this matter. The Court has set an in-person Rule 16 Conference for Tuesday, September 22, 2026, at 1:00 p.m. Undersigned counsel is unavailable at that time because he will be defending a deposition in California. The University therefore respectfully requests a brief continuance of the Rule 16 Conference. Counsel have conferred, and all parties consent to this request.

Thank you for your consideration of this request.

Sincerely,

James A. Keller