**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DOE** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| **v.** | : | |
| **VILLANOVA UNIVERSITY et al** | : | **NO. 25-3350** |
| Defendants. | : | |

# ORDER

AND NOW, this 8th day of September, 2026, upon consideration of Defendants' letter requesting a continuance of the Rule 16 Conference set for Tuesday, September 22, 2026 (ECF No. 51), Defendants' request is GRANTED. the Rule 16 Conference is continued to October 7, 2026 at 11:00 a.m.

BY THE COURT:

HON. MIA R. PEREZ