**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JANE DOE** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| **v.** | : | |
| **VILLANOVA UNIVERSITY, *et al.*,** | : | **NO. 25-3350** |
| Defendants. | : | |

**SCHEDULING ORDER**

**AND NOW,** this 7th day of October, 2026, following a preliminary pretrial conference, it is **ORDERED** as follows:

1. All factual discovery shall be completed on or before **March 5, 2027;**[1]
2. Plaintiff's expert report, if any, is due by **March 19, 2027;**
3. Defendants' expert report, if any, is due by **March 26, 2027;**
4. The Parties shall email Courtroom Deputy Mia Harvey via email (mia_m_harvey@paed.uscourts.gov) by **May 25, 2027,** regarding whether they wish to be referred to a magistrate judge for a settlement conference.
5. All expert discovery shall be completed on or before **May 25, 2027;**
6. Dispositive motions shall be filed on or before **June 14, 2027;**
7. Responses to dispositive motions shall be filed no later than **July 6, 2027;**

[1] Counsel are expected to resolve discovery disputes through diligence and civility and to have met and conferred in good faith before filing a motion or seeking the Court's intervention. However, if the parties are unable to resolve a discovery dispute despite good faith efforts, Counsel shall contact Chambers via email to Courtroom Deputy Mia Harvey (mia_m_harvey@paed.uscourts.gov) before filing any formal discovery-related motions. The email should provide the nature of the dispute and include sufficient information for the Court to determine whether informal proceedings are better suited to resolve the dispute. If so, the Court will schedule a virtual conference with the parties as soon as feasible.

8. Motions *in limine* are due **September 27, 2027;**
9. Responses to motions *in limine* are due **October 11, 2027;**
10. Plaintiff's pretrial memorandum is due **October 25, 2027**;
11. Defendants' pretrial memorandum is due **October 25, 2027**;
12. A final pre-trial conference shall be held on **October 27, 2027** in **Courtroom 10B** at **10:00 a.m.;**
13. Joint exhibit binder is to be submitted to chambers no later than 3:00 p.m. the day before trial.
14. This matter is in the jury pool beginning on **November 15, 2027,** and ending on **November 30, 2027.**

BY THE COURT:

Hon. Mia R. Perez