**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JANE DOE,<br><br>*Plaintiff*,<br>v.<br><br>VILLANOVA UNIVERSITY,<br><br>*Defendant*. | CIVIL ACTION<br><br>Case No. 2:25-cv-03350-MRP |
| VILLANOVA UNIVERSITY,<br><br>*Defendant and Third-Party Plaintiff*,<br>v.<br><br>JOHN ROE,<br><br>*Third-Party Defendant*. | |

**<u>THIRD-PARTY DEFENDANT JOHN ROE'S NOTICE OF FILING OF REDACTED VERSION OF EXHIBIT (ECF NO. 38-1) TO THIRD-PARTY COMPLAINT</u>**

Third-Party Defendant John Roe hereby provides notice of the filing of a redacted version of the Exhibit (ECF No. 38-1) to the Third-Party Complaint, originally filed on June 22, 2026. The redacted version is attached to this notice as Exhibit 1.

Respectfully submitted,

**CLARK HILL PLC**

*s/ Jonathan Z. Cohen*
Jonathan Z. Cohen (PA ID #205941)
Patricia M. Hamill (PA ID #48416)
Daniel J. McGravey (PA ID #83176)
Two Commerce Square
2001 Market Street, Suite 2620
Philadelphia, PA 19103
(215) 640-8500 (tel.)

(215) 640-8501 (fax)
jcohen@clarkhill.com
phamill@clarkhill.com
dmcgravey@clarkhill.com

*Attorneys for Third-Party Defendant*
*John Roe*

Date: October 15, 2026