**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Jane Doe,<br><br>Plaintiff,<br><br>v.<br><br>Villanova University, et al.,<br><br>Defendants. | Case No. 2:25-cv-03350-MRP<br><br><br><br><br><br>Electronically Filed |

**ENTRY OF APPEARANCE**

TO THE CLERK:

Kindly enter the appearance of Tricia M. Duffy on behalf of Defendant, Villanova University, in the above-captioned matter.

*s/ Tricia M. Duffy, Esquire*
Tricia M. Duffy, Esquire (PA 325773)
James A. Keller, Esquire (PA 78955)
Saul Ewing LLP
1735 Market Street, 34th Floor
Philadelphia, PA 19103
215-972-1093 // 1964

**CERTIFICATE OF SERVICE**

I hereby certify that on the date set forth below, I caused a true and correct copy of the foregoing Entry of Appearance of Tricia M. Duffy to be served upon all Counsel of Record via the Court's ECF System.

Dated: October 27, 2026

*/s/ Tricia M. Duffy*
Tricia M. Duffy, Esq.